FILED
JUL 2 2 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8668

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Llecenia BAINORI Gonzales , Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 21, 2008, within the Southern District of California, defendant Llecenia BAINORI Gonzales, did knowingly and intentionally import approximately 18.30 kilograms (40.26 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENT, THIS 22nd DAY OF 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Llecenia BAINORI Gonzales

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Bureau of Immigration and Customs Enforcement Special Agent Christina Gauthreaux.

On July 21, 2008, at approximately 1010 hours, Llecenia BAINORI Gonzales along with her two minor children entered the United States from the Republic of Mexico at the Calexico West Port of Entry. BAINORI was the driver and registered owner of a white 2000 Chevy Impala bearing California license plate 6EMP009.

Primary CBP Officer F. Iniguez received a negative Customs declaration from BAINORI. CBP Officer Iniguez then referred the vehicle to the secondary lot for further inspection.

In Secondary, CBP Officer A. Gordon received another negative Customs Declaration. CBP Officer Gordon began inspection of the vehicle and noticed a discrepancy in the trunk area near the back seat. CBP Officer Gordon pulled the back seat forward and discovered packages wrapped in plastic located in a compartment behind the rear seats. CBPO Dhillon was then requested to take over processing the seizure. CBPO Dhillon placed BAINORI under arrest and BAINORI responded that she already knew she was under arrest.

CBP Officer Dhillon discovered a total of 36 packages, concealed in plastic wrap. A presumptive field test indicated the contents of these packages to be marijuana. The total weight of the packages was approximately 18.30 kilograms (40.26 pounds).

BAINORI was notified of her arrest and advised of her Miranda Rights. BAINORI was processed and transported to Imperial County Jail.